IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY PRICE, AIS # 172825,     ) | |
|                                         ) | |
|     Plaintiff,                          ) | |
|                                         ) | |
|         v.                              ) | CIVIL ACTION NO.: 2:12cv567-WHA |
|                                         ) | [WO] |
| SGT. CEDRIC SMITH,             ) | |
|                                         ) | |
|     Defendant.                    ) | |

**O R D E R**

Now pending before the court is the defendant's motion for sanctions (doc. # 44) filed on April 9, 2015. This matter is presently set for an evidentiary hearing on April 30, 2015. The court will hear oral argument on the motion for sanctions prior to the commencement of the evidentiary hearing. Accordingly, for good cause, it is

ORDERED that oral argument on the motion for sanctions (doc. # 44) presently SET for **April 27, 2015** be and is hereby **RESET to April 30, 2015 at 10:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The persons having custody of the plaintiff shall produce the plaintiff for this proceeding.

Done this 22nd day of April, 2015.

                                                            /s/Charles S. Coody
                                                            CHARLES S. COODY
                                                            UNITED STATES MAGISTRATE JUDGE