IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TIMOTHY PRICE,                )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:12cv567-MHT
                              )            (WO)
SGT. C. SMITH,                )
                              )
     Defendant.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 54) is adopted.

(2) Judgment is entered in favor of defendant Sgt. C. Smith and against plaintiff Timothy Price, with plaintiff Price taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Price, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 9th day of June, 2015.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**